UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS SCARANTINO, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAREXEL INTERNATIONAL CORPORATION, A. DANA CALLOW, JR., PATRICK J. FORTUNE, MAYKIN HO, EDUARD E. HOLDENER, CHRISTOPHER J. LINDOP, RICHARD L. LOVE, JOSEF H. VON RICKENBACH, ELLEN M. ZANE, PAMPLONA CAPITAL MANAGEMENT, LLP, WEST STREET PARENT, LLC, and WEST STREET MERGER SUB, INC., <br><br> Defendants. | Case No. 1:17-cv-11360-JGD |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. No class has been certified and Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 20, 2017

**MATORIN LAW OFFICE, LLC**

By:  */s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
*Attorneys for Plaintiff*

**OF COUNSEL:**
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120

Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on September 20, 2017.

/s/ Mitchell J. Matorin